United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John J Murtaugh  
     Debtor

Case No. 20-11063-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Linda     Page 1 of 1     Date Rcvd: Mar 09, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.  
db            +John J Murtaugh,     201 Rosemont Lane,    Swarthmore, PA 19081-2612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:  
         JONATHAN H. STANWOOD    on behalf of Debtor John J Murtaugh jhs@stanwoodlaw.com, mgf@stanwoodlaw.com,jhsecf@gmail.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                      TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | No.:  20-11063-JKF |
| John Murtaugh | : | |
| Debtor | : | Chapter 13 |

O R D E R

AND NOW, this      day of                , 2020 upon review of Debtor's motion to extend time to file documents, it is hereby

ORDERED that the Debtor is granted an additional seven (7) days time in which to file the documents required.  Accordingly, the Debtor's Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C‐1, and Means Test Calculation Form 122C‐2, if Applicable, must be filed by March 13, 2020.

By the Court:

*Jean K. FitzSimon*

**Date: March 9, 2020**

Jean K. FitzSimon
United States Bankruptcy Judge