UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :         Case No.: 20-11063-jkf

    John Murtaugh                                          :

    Debtor                                                          :         Chapter 13

## CERTIFICATION OF NOTICE AND NO OBJECTION

I, Jonathan H. Stanwood, Esquire, counsel for debtor, hereby certify that I served a copy of the Motion to Extend Automatic Stay on all parties in interest February 26, 2020;

Responses to the motion were due on or before March 12, 2020.  I further certify that as of this date no objection has been received or docketed.

By:

/s/ Jonathan H. Stanwood
Jonathan H. Stanwood, Esquire
8 Penn Center, Suite 1000
1628 J.F.K. Blvd.
Philadelphia, Pa 19103
Dated: March 18, 2020