UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 20-11063-jkf |
| John Murtaugh | : | |
| Debtor | : | Chapter 13 |

## O R D E R

And now, upon consideration of the Debtor's Motion to Extend the Automatic Stay and hearing thereon, the court finds that this case was commenced in good faith. Accordingly, it is hereby

ORDERED that the automatic stay shall continue in this case until further order of the court or until it expires by operation of law, effective as to all creditors.

By the Court:

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Dated: 3/18/20