United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 20-11063-jkf
John J Murtaugh                                                             Chapter 13
      Debtor                       **CERTIFICATE OF NOTICE**

District/off: 0313-2        User: Linda           Page 1 of 2              Date Rcvd: Mar 23, 2020
                            Form ID: pdf900       Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2020.
db           +John J Murtaugh,    201 Rosemont Lane,    Swarthmore, PA 19081-2612
14470749     #Alltran Financial,   P.O Box 610,    Sauk Rapids, MN  56379-0610
14470750      America's Servicing,    Default Doc Proc N9286-01Y,    1000 Blue Gentian Road,
               Eagan, MN55121-1663
14470751      Caine & Weiner,   P. O. Box 3103,    Southeastern, Pa 19398-3103
14470753     +Citadel Credit Union,    520 Eagleview Blvd.,    Exton, Pa 19341-1119
14470754     +Citimortgage, Inc,   c/o Rushmore Loan Mgmt Srvcs.,     PO Box 52708,   Irvine, CA 92619-2708
14470757      Deutsche Bank Nationa Trust CO,    c/o Wlls Fargo Bank, N. A. Servicer,
               Default Document Processing,    MAC#N9286-01Y1000,    Eagan, Mn 55121-7700
14470758      John Melville,   210 W Browning Rd,    Collingswood, NJ 08108-2903
14470760     +Milstead and Associates,    1 E. Stow Road,    Marlton, Nj 08053-3118
14470761      NJ E-Z Pass, Violations Center,    PO Box 4971,    Trenton, NJ 08650-4971
14470762     +PA Department of Revenue,    Bankruptcy Division,    PO Box 281210,   Harrisburg, PA 17128-1210
14470763      PA Turnpike Toll Violations,    PO Box 67676,    Harrisburg, PA 17106-7676
14470765      Port Authority of NY & NJ,    Violations Div.,    4 World Trad Center,   150 Greenwich Street,
               New York, NY   10007-2366
14470766     +Professional Account MGM,    633 W. Wisconsin Avenue,    Milwaukee, WI 53203-1920
14470767     +Progressive Insurance,    PO Box 43258,   Richmond Heights, OH 44143-0258
14470769     +Robert W. Williams, Esq.,    Mattleman, Weinroth & Miller, P.C,    401 Route 70 East - Suite 100,
               Cherry Hill, Nj 08034-2410
14470770     +Roger Fay, Esq.,   845 Colony Court,    Bryn Mawr, Pa 19010-1100
14470773     +Sterling Credit,   P.O. Box 675,    Spring House, Pa 19477-0675
14470774      Sterling Credit Corp,    P.O. Box 675,   Spring House, Pa 19477-0675
14470776      Wells Fargo Home Mortgage,    Correspondence X2501-01T,    1 Home Campus,
               Des Moines, Ia  50328-0001
14482540     +Wilmington Savings Fund Society, FSB, d/b/a Christ,     C/O REBECCA ANN SOLARZ,   KML Law Group,
               701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14470748      E-mail/Text: kristin.villneauve@allianceoneinc.com Mar 24 2020 03:36:27     Alliance One,
               P. O. Box 3103,   Southeastern, Pa 19398-3103
14477771     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 24 2020 03:51:00
               Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14470752      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 24 2020 03:50:57     Capital One Visa,
               Att: Bankruptcy Dept,    PO Box 30285,   Salt Lake City, UT 84130-0285
14470755     +E-mail/Text: convergent@ebn.phinsolutions.com Mar 24 2020 03:36:56
               Convergent Outsourcing Inc.,   Po Box 9004,    Renton, Wa 98057-9004
14470756     +E-mail/PDF: creditonebknotifications@resurgent.com Mar 24 2020 03:50:59     Credit One Bank,
               PO Box 98873,   Las Vegas, NV 89193-8873
14470759     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 24 2020 03:51:14     LVNV Funding,
               PO Box 10584,   Greenville, SC 29603-0584
14476312      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 24 2020 03:51:14     LVNV Funding, LLC,
               Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
14470768     +E-mail/Text: bkrpt@retrievalmasters.com Mar 24 2020 03:36:50     RMCB Collection Agency,
               4 Westchester Plaza, #110,   Elmsford, NY 10523-1615
14470771      E-mail/Text: clientservices@sourcerm.com Mar 24 2020 03:37:06     Source Receivable Mgmt,
               P. O. Box 4068,   Greensboro, NV 27404-4068
14470772      E-mail/Text: appebnmailbox@sprint.com Mar 24 2020 03:36:50     Sprint Bankruptcy Dept,
               KSOPHT0101-Z4300,    6391 Sprint Parkway,   Overland Park KS 66251-4300
14470775     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 24 2020 03:36:26
               Verizon Wireless,   Bankruptcy Administration,    PO Box 3397,   Bloomington, IL 61702-3397
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14470764     ##Penn Credit Corporation,   916 South 14th Street,    Harrisburg, PA 17104-3425
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2                  User: Linda                    Page 2 of 2                  Date Rcvd: Mar 23, 2020
                                      Form ID: pdf900                Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:
              JONATHAN H. STANWOOD    on behalf of Debtor John J Murtaugh jhs@stanwoodlaw.com,
               mgf@stanwoodlaw.com,jhsecf@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 20-11063-jkf |
| John Murtaugh | : | |
| Debtor | : | Chapter 13 |

### O R D E R

And now, upon consideration of the Debtor's Motion to Extend the Automatic Stay and hearing thereon, the court finds that this case was commenced in good faith. Accordingly, it is hereby

ORDERED that the automatic stay shall continue in this case until further order of the court or until it expires by operation of law, effective as to all creditors.

By the Court:

_____
Jean K. FitzSimon
United States Bankruptcy Judge

Dated: 3/18/20