UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :
                                            :
        JOHN J. MURTAUGH                     :   Chapter 13
                                            :
            Debtor(s)                        :   Bankruptcy No.  20-11063JKF

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F.

Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby

**ORDERED** that this case is **DISMISSED** and that any wage orders previously entered

are **VACATED**.

BY THE COURT

**Date: June 17, 2020**

Judge Jean K. FitzSimon