UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :    No.:    20-11063-JKF

    John Murtaugh                          :

        Debtor                             :    Chapter: 13

\* \* \* \* \* \* \*

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

    John Murtaugh, debtor, has filed a Motion to Reconsider Order of Dismissal with the court seeking to vacate the order of dismissal.

1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **fourteen days from date the of service of this motion**, you or your attorney must file a response to the Motion. (see Instructions on next page).

3. A hearing on the Motion is scheduled to be held on **July 15, 2020** at **11:00 a.m.** in **Courtroom 3**[1], United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

<u>Filing Instructions</u>

---

[1] Please consult the court's website https://www.paeb.uscourts.gov/ for updates regarding court hearings.

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at (address of bankruptcy clerk's office )

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Jonathan H. Stanwood, Esq.
Attorney for Debtor
1628 J.F.K. Blvd, Suite 1000
Philadelphia, Pa 19103
(215) 569-1040

Dated: June 19, 2020            JHS@STANWOODLAW.COM