UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :     No.:    20-11063-JKF

    John Murtaugh                              :

        Debtor                                 :     Chapter: 13

NOTICE OF WITHDRAWAL OF DOCUMENT

TO THE CLERK OF THE ABOVE COURT:

    Kindly mark document #38 as WITHDRAWN.

*By,*

By:    <u>/s/ Jonathan H. Stanwood</u>
        Jonathan H. Stanwood
        Attorney for Debtor
        Dated: <u>June 19, 2020</u>