United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 20-11063-jkf
John J Murtaugh                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 2              Date Rcvd: Jun 17, 2020
                            Form ID: pdf900          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
```
db              +John J Murtaugh,    201 Rosemont Lane,     Swarthmore, PA 19081-2612
14470749        #Alltran Financial,    P.O Box 610,    Sauk Rapids, MN  56379-0610
14470750         America's Servicing,    Default Doc Proc N9286-01Y,    1000 Blue Gentian Road,
                  Eagan, MN55121-1663
14470751         Caine & Weiner,   P. O. Box 3103,    Southeastern, Pa 19398-3103
14470753        +Citadel Credit Union,    520 Eagleview Blvd.,    Exton, Pa 19341-1119
14470754        +Citimortgage, Inc,    c/o Rushmore Loan Mgmt Srvcs.,    PO Box 52708,    Irvine, CA 92619-2708
14470757         Deutsche Bank Nationa Trust CO,     c/o Wlls Fargo Bank, N. A. Servicer,
                  Default Document Processing,    MAC#N9286-01Y1000,    Eagan, Mn 55121-7700
14470758         John Melville,    210 W Browning Rd,    Collingswood, NJ 08108-2903
14470760        +Milstead and Associates,    1 E. Stow Road,    Marlton, Nj 08053-3118
14470761         NJ E-Z Pass, Violations Center,     PO Box 4971,    Trenton, NJ 08650-4971
14488401        +New Jersey Turnpike Authority,     c/o Mark Schneider, Esq.,    1 Turnpike Plaza,    PO Box 5042,
                  Woodbridge, NJ 07095-5042
14470762        +PA Department of Revenue,    Bankruptcy Division,    PO Box 281210,    Harrisburg, PA 17128-1210
14470763         PA Turnpike Toll Violations,    PO Box 67676,    Harrisburg, PA 17106-7676
14470765         Port Authority of NY & NJ,    Violations Div.,    4 World Trad Center,    150 Greenwich Street,
                  New York, NY  10007-2366
14470766        +Professional Account MGM,    633 W. Wisconsin Avenue,    Milwaukee, WI 53203-1920
14470767        +Progressive Insurance,    PO Box 43258,    Richmond Heights, OH 44143-0258
14470769        +Robert W. Williams, Esq.,    Mattleman, Weinroth & Miller, P.C,    401 Route 70 East - Suite 100,
                  Cherry Hill, Nj 08034-2410
14470770        +Roger Fay, Esq.,    845 Colony Court,    Bryn Mawr, Pa 19010-1100
14496357        +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14470773        +Sterling Credit,    P.O. 675,    Spring House, Pa 19477-0675
14470774         Sterling Credit Corp,    P.O. Box 675,    Spring House, Pa 19477-0675
14470776         Wells Fargo Home Mortgage,    Correspondence X2501-01T,    1 Home Campus,
                  Des Moines, Ia  50328-0001
14482540        +Wilmington Savings Fund Society, FSB, d/b/a Christ,    C/O REBECCA ANN SOLARZ,    KML Law Group,
                  701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jun 18 2020 04:26:12     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 18 2020 04:25:47
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 18 2020 04:26:09     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14470748         E-mail/Text: kristin.villneauve@allianceoneinc.com Jun 18 2020 04:25:34     Alliance One,
                  P. O. Box 3103,    Southeastern, Pa 19398-3103
14477771        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 18 2020 04:28:23
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14470752         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2020 04:28:14     Capital One Visa,
                  Att: Bankruptcy Dept,    PO Box 30285,    Salt Lake City, UT 84130-0285
14497766        +E-mail/Text: bankruptcycollections@citadelbanking.com Jun 18 2020 04:26:27
                  Citadel Federal Credit Union,    ATTN: COLLECTIONS,    520 EAGLEVIEW BLVD,
                  EXTON, PA 19341-1119
14470755        +E-mail/Text: convergent@ebn.phinsolutions.com Jun 18 2020 04:26:09
                  Convergent Outsourcing Inc.,    Po Box 9004,    Renton, Wa 98057-9004
14470756        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 18 2020 04:27:42     Credit One Bank,
                  PO Box 98873,    Las Vegas, NV 89193-8873
14470759        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2020 04:27:43     LVNV Funding,
                  PO Box 10584,    Greenville, SC 29603-0584
14476312         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2020 04:28:21     LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14470768        +E-mail/Text: bkrpt@retrievalmasters.com Jun 18 2020 04:26:02     RMCB Collection Agency,
                  4 Westchester Plaza, #110,    Elmsford, NY 10523-1615
14470771         E-mail/Text: clientservices@sourcerm.com Jun 18 2020 04:26:28     Source Receivable Mgmt,
                  P. O. Box 4068,    Greensboro, NV 27404-4068
14470772         E-mail/Text: appebnmailbox@sprint.com Jun 18 2020 04:26:02     Sprint Bankruptcy Dept,
                  KSOPHT0101-Z4300,    6391 Sprint Parkway,    Overland Park KS 66251-4300
14497118        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 18 2020 04:27:44     Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14470775        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 18 2020 04:25:32
                  Verizon Wireless,    Bankruptcy Administration,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 16
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Jun 17, 2020
                              Form ID: pdf900          Total Noticed: 39
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14470764      ##Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
                                                                           TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
              JONATHAN H. STANWOOD    on behalf of Debtor John J Murtaugh jhs@stanwoodlaw.com,
               mgf@stanwoodlaw.com,jhsecf@gmail.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| JOHN J. MURTAUGH | : Chapter 13 |
| | : |
| Debtor(s) | : Bankruptcy No.  20-11063JKF |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby

**ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

BY THE COURT

**Date: June 17, 2020**

Judge Jean K. FitzSimon