UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | No.: 20-11063-amc |
| John Murtaugh | : | |
| Debtor | : | Chapter: 13 |

## ORDER

Upon consideration of the above Debtor's Motion to Reconsider order dismissing chapter 13 case and any response thereto, it is hereby

ORDERED that the motion is GRANTED. The order dismissing the above matter is hereby VACATED, the case is reinstated and the Automatic Stay is REIMPOSED.

By the Court:

**Date: July 15, 2020**

_____
ASHELY M. CHAN
United States Bankruptcy Judge