*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John J Murtaugh
    Debtor(s)                                Case No: 20−11063−amc
                                                                  Chapter: 13

_____

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

         on: 8/26/20

         at: 10:00 AM

         in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

         900 Market Street
         Suite 400
         Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.


Dated: 7/24/20                                                                                                For The Court

                                                                                               Timothy B. McGrath
                                                                                               Clerk of Court