United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 20-11063-amc
John J Murtaugh                                                     Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: PaulP               Page 1 of 2           Date Rcvd: Jul 24, 2020
                               Form ID: 160              Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
```
db            +John J Murtaugh,    201 Rosemont Lane,    Swarthmore, PA 19081-2612
14470749      #Alltran Financial,    P.O Box 610,    Sauk Rapids, MN  56379-0610
14470750       America's Servicing,    Default Doc Proc N9286-01Y,    1000 Blue Gentian Road,
                Eagan, MN55121-1663
14470751       Caine & Weiner,    P. O. Box 3103,    Southeastern, Pa 19398-3103
14470753      +Citadel Credit Union,    520 Eagleview Blvd.,    Exton, Pa 19341-1119
14470754      +Citimortgage, Inc,    c/o Rushmore Loan Mgmt Srvcs.,    PO Box 52708,    Irvine, CA 92619-2708
14470757       Deutsche Bank Nationa Trust CO,    c/o Wlls Fargo Bank, N. A. Servicer,
                Default Document Processing,    MAC#N9286-01Y1000,   Eagan, Mn 55121-7700
14470758       John Melville,    210 W Browning Rd,    Collingswood, NJ 08108-2903
14470760      +Milstead and Associates,    1 E. Stow Road,    Marlton, Nj 08053-3118
14470761       NJ E-Z Pass, Violations Center,    PO Box 4971,    Trenton, NJ 08650-4971
14488401      +New Jersey Turnpike Authority,    c/o Mark Schneider, Esq.,    1 Turnpike Plaza,    PO Box 5042,
                Woodbridge, NJ 07095-5042
14470762      +PA Department of Revenue,    Bankruptcy Division,    PO Box 281210,    Harrisburg, PA 17128-1210
14470763       PA Turnpike Toll Violations,    PO Box 67676,    Harrisburg, PA 17106-7676
14470765       Port Authority of NY & NJ,    Violations Div.,    4 World Trad Center,    150 Greenwich Street,
                New York, NY  10007-2366
14470766      +Professional Account MGM,    633 W. Wisconsin Avenue,    Milwaukee, WI 53203-1920
14470767      +Progressive Insurance,    PO Box 43258,    Richmond Heights, OH 44143-0258
14470769      +Robert W. Williams, Esq.,    Mattleman, Weinroth & Miller, P.C,    401 Route 70 East - Suite 100,
                Cherry Hill, Nj 08034-2410
14470770      +Roger Fay, Esq.,    845 Colony Court,    Bryn Mawr, Pa 19010-1100
14496357      +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14470773      +Sterling Credit,    P.O. 675,    Spring House, Pa 19477-0675
14470774       Sterling Credit Corp,    P.O. Box 675,    Spring House, Pa 19477-0675
14470776       Wells Fargo Home Mortgage,    Correspondence X2501-01T,    1 Home Campus,
                Des Moines, Ia  50328-0001
14482540      +Wilmington Savings Fund Society, FSB, d/b/a Christ,    C/O REBECCA ANN SOLARZ,    KML Law Group,
                701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14470748       E-mail/Text: kristin.villneauve@allianceoneinc.com Jul 25 2020 04:02:42     Alliance One,
                P. O. Box 3103,    Southeastern, Pa 19398-3103
14477771      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2020 04:08:54
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14470752       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 25 2020 04:09:02     Capital One Visa,
                Att: Bankruptcy Dept,    PO Box 30285,    Salt Lake City, UT 84130-0285
14497766      +E-mail/Text: bankruptcycollections@citadelbanking.com Jul 25 2020 04:03:30
                Citadel Federal Credit Union,    ATTN: COLLECTIONS,    520 EAGLEVIEW BLVD,
                EXTON, PA 19341-1119
14470755      +E-mail/Text: convergent@ebn.phinsolutions.com Jul 25 2020 04:03:21
                Convergent Outsourcing Inc.,    Po Box 9004,    Renton, Wa 98057-9004
14470756      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 25 2020 04:08:53     Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
14470759      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2020 04:09:04     LVNV Funding,
                PO Box 10584,    Greenville, SC 29603-0584
14476312       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 25 2020 04:09:03     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14470768      +E-mail/Text: bkrpt@retrievalmasters.com Jul 25 2020 04:03:14     RMCB Collection Agency,
                4 Westchester Plaza, #110,    Elmsford, NY 10523-1615
14470771       E-mail/Text: clientservices@sourcerm.com Jul 25 2020 04:03:31     Source Receivable Mgmt,
                P. O. Box 4068,    Greensboro, NV 27404-4068
14470772       E-mail/Text: appebnmailbox@sprint.com Jul 25 2020 04:03:13     Sprint Bankruptcy Dept,
                KSOPHT0101-Z4300,    6391 Sprint Parkway,    Overland Park KS 66251-4300
14497118      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2020 04:09:04     Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14470775      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 25 2020 04:02:39
                Verizon Wireless,    Bankruptcy Administration,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                             TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14470764       ##Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: PaulP            Page 2 of 2            Date Rcvd: Jul 24, 2020
                              Form ID: 160           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:
              JONATHAN H. STANWOOD    on behalf of Debtor John J Murtaugh jhs@stanwoodlaw.com,
               mgf@stanwoodlaw.com,jhsecf@gmail.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: John J Murtaugh
    Debtor(s)

Case No: 20–11063–amc
Chapter: 13

---

**NOTICE OF HEARING**

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

    on: 8/26/20

    at: 10:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 7/24/20

For The Court

Timothy B. McGrath
Clerk of Court

48 – 29
Form 160