UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :    No.: 20-11063

John Murtaugh                                       :

       Debtor                                 :    Chapter 13

### Certificate of Service

I, Jonathan H. Stanwood, Esquire, attorney for the debtor, hereby certify that on the date indicated below, I caused a copy of the Debtor's 1st Amended Chapter 13 Plan which was filed August 14, 2020, to be served either electronically or via first class mail on all priority and secured creditors and the Chapter 13 trustee in accordance with L.B.R. 3015-3(c).

By: _____
Jonathan H. Stanwood, Esquire
8 Penn Center, Suite 1000
Philadelphia, Pa 19103
(215) 569-1040

Date: August 18, 2020