UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        )    Chapter 13
                                              )
   John Murtaugh                              )
                                              )
       Debtor(s)                              )    Bky. No. 20-11063-amc

**CERTIFICATION OF NOTICE AND NO OBJECTION
PURSUANT TO L.B.R 2016-1**

    I, Jonathan H. Stanwood, Esquire, counsel for debtor, hereby certify that I served a copy of Application for Counsel Fees and Reimbursement of Expenses on the Debtor, the Trustee, the Office of the U.S. Trustee on September 2, 2020;

    I further certify that I served a copy of the Notice of Application for Counsel Fees, as required by L.B.R. 2016-1 and F.R.B.P. 2002(a)(6), was served on all creditors on September 2, 2020 by first class mail, postage pre-paid.

    I further certify that as of this date, twenty (20) days has elapsed and no objection has been received to the application.

By:

_____
Jonathan H. Stanwood, Esquire
Attorney for Debtor
Dated:   September 25, 2020