UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

February 2, 2021

To: **Jonathan Stanwood, Esq.**

                      In re: **John J Murtaugh**
                      Bankruptcy No. **20-11063AMC**
                      Adversary No.
                      Chapter **13**

Re **Motion to Reconsider**

The above pleading was filed in this office on **February 1, 2021.** Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

        ( )    Affidavit
        ( )    Certificate of Service
        ( )    Certification of no response
        ( )    Notice pursuant to Rule 9019
        ( )    Notice pursuant to Rule 2002
        ( )    Notice pursuant to Rule 3007.1
        ( )    Proof of Claim number not noted on
                    objection pursuant to Rule 3007.1(a)
        ( )    Proposed Order
        ( )    Stipulation
        ( )    Certification of Default
        (**X**)    Other: Notice of Motion

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

                      Timothy B. McGrath
                      Clerk

                      By: __Paul  A  Puskar__
                            Deputy Clerk

status.frm
(rev. 11/26/2018)