UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :    No.:    20-11063-AMC

    John Murtaugh                             :

        Debtor                              :    Chapter: 13

## O R D E R

AND NOW, upon consideration of the Debtor's motion to reopen, it is hereby

ORDERED that this case is reopened.

By the Court:

**Date: March 22, 2021**

Ashely M. Chan
United States Bankruptcy Judge