UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :    No.:    20-11063-AMC

    John Murtaugh                          :

        Debtor                               :    Chapter: 13

## O R D E R

Upon consideration of the above Debtor's Motion to Reconsider order dismissing chapter 13 case and any response thereto, it is hereby

ORDERED that the motion is GRANTED. The January 13, 2021 order dismissing the above matter is hereby VACATED, the case is reinstated and the Automatic Stay is REIMPOSED.

By the Court:

Dated: March 22, 2021

Ashely M. Chan
United States Bankruptcy Judge