UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

    JOHN J. MURTAUGH                 : Bankruptcy No.  20-11063AMC

          Debtor(s)               : Chapter 13

## PRAECIPE

Please withdraw the Chapter 13 Trustee's Final Report and Account filed on or about January 28, 2021 at docket entry number 76 in the above referenced case.

                                                               Respectfully submitted,

Date:  March 23, 2021                       */s/Scott F. Waterman*
                                                    Scott F. Waterman, Esq.
                                                    Chapter 13 Standing Trustee