Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 20-11063-AMC**

John J Murtaugh  
201 Rosemont Lane  
Swarthmore  PA    19081

Petition Filed Date: 02/21/2020  
341 Hearing Date: 03/27/2020  
Confirmation Date: 08/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/31/2020 | $2,400.00 | | 03/30/2021 | $7,150.00 | 1250 | | | |

**Total Receipts for the Period:  $9,550.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,550.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John J Murtaugh | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $2,867.47 | $0.00 | $2,867.47 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $3,386.48 | $0.00 | $3,386.48 |
| 3 | NEW JERSEY TURNPIKE COMMISSION<br>»» 003 | Unsecured Creditors | $6,280.62 | $0.00 | $6,280.62 |
| 4 | SELENE FINANCE<br>»» 04A | Mortgage Arrears | $47,020.03 | $5,444.16 | $41,575.87 |
| 5 | SELENE FINANCE<br>»» 04B | Mortgage Arrears | $8,588.75 | $994.44 | $7,594.31 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 005 | Unsecured Creditors | $290.62 | $0.00 | $290.62 |
| 7 | CITADEL FEDERAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $1,627.34 | $0.00 | $1,627.34 |
| 0 | JONATHAN H STANWOOD ESQ | Attorney Fees | $2,370.90 | $2,370.90 | $0.00 |
| 8 | DEUTSCHE BANK NATIONAL TRUST CO. | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CITADEL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | PROGRESSIVE INSURANCE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | STERLING CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-11063-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,550.00 | Current Monthly Payment: | $1,200.00 |
| Paid to Claims: | $8,809.50 | Arrearages: | $2,400.00 |
| Paid to Trustee: | $740.50 | Total Plan Base: | $65,950.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.