United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11063-amc |
| John J Murtaugh | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 06, 2021 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J Murtaugh, 201 Rosemont Lane, Swarthmore, PA 19081-2612 |
| 14470750 | # | America's Servicing, Default Doc Proc N9286-01Y, 1000 Blue Gentian Road, Eagan, MN55121-1663 |
| 14470751 | | Caine & Weiner, P. O. Box 3103, Southeastern, Pa 19398-3103 |
| 14470753 | + | Citadel Credit Union, 520 Eagleview Blvd., Exton, Pa 19341-1119 |
| 14470754 | + | Citimortgage, Inc, c/o Rushmore Loan Mgmt Srvcs., PO Box 52708, Irvine, CA 92619-2708 |
| 14470757 | | Deutsche Bank Nationa Trust CO, c/o Wlls Fargo Bank, N. A. Servicer, Default Document Processing, MAC#N9286-01Y1000, Eagan, Mn 55121-7700 |
| 14470760 | + | Milstead and Associates, 1 E. Stow Road, Marlton, Nj 08053-3118 |
| 14470761 | | NJ E-Z Pass, Violations Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 14488401 | + | New Jersey Turnpike Authority, c/o Mark Schneider, Esq., 1 Turnpike Plaza, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 14470762 | + | PA Department of Revenue, Bankruptcy Division, PO Box 281210, Harrisburg, PA 17128-1210 |
| 14470763 | | PA Turnpike Toll Violations, PO Box 67676, Harrisburg, PA 17106-7676 |
| 14470765 | | Port Authority of NY & NJ, Violations Div., 4 World Trad Center, 150 Greenwich Street, New York, NY 10007-2366 |
| 14470766 | + | Professional Account MGM, 633 W. Wisconsin Avenue, Milwaukee, WI 53203-1920 |
| 14470767 | + | Progressive Insurance, PO Box 43258, Richmond Heights, OH 44143-0258 |
| 14470769 | + | Robert W. Williams, Esq., Mattleman, Weinroth & Miller, P.C, 401 Route 70 East - Suite 100, Cherry Hill, Nj 08034-2410 |
| 14470770 | + | Roger Fay, Esq., 845 Colony Court, Bryn Mawr, Pa 19010-1100 |
| 14496357 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14470773 | + | Sterling Credit, P.O. 675, Spring House, Pa 19477-0675 |
| 14470774 | | Sterling Credit Corp, P.O. Box 675, Spring House, Pa 19477-0675 |
| 14470776 | | Wells Fargo Home Mortgage, Correspondence X2501-01T, 1 Home Campus, Des Moines, Ia 50328-0001 |
| 14532050 | + | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |
| 14482540 | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, C/O REBECCA ANN SOLARZ, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 06 2021 23:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 06 2021 23:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 06 2021 23:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14470748 | | Email/Text: kristin.villneauve@allianceoneinc.com | Oct 06 2021 23:24:00 | Alliance One, P. O. Box 3103, Southeastern, Pa 19398-3103 |
| 14477771 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 06 2021 23:34:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14470752 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 06 2021 23:23:56 | Capital One Visa, Att: Bankruptcy Dept, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14497766 | + | Email/Text: bankruptcycollections@citadelbanking.com | Oct 06 2021 23:24:00 | Citadel Federal Credit Union, ATTN: COLLECTIONS, 520 EAGLEVIEW BLVD, EXTON, PA 19341-1119 |
| 14470755 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 06 2021 23:24:00 | Convergent Outsourcing Inc., Po Box 9004, Renton, Wa 98057-9004 |
| 14470756 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 06 2021 23:34:28 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14470759 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2021 23:34:34 | LVNV Funding, PO Box 10584, Greenville, SC 29603-0584 |
| 14476312 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2021 23:34:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14470768 | + | Email/Text: bkrpt@retrievalmasters.com | Oct 06 2021 23:24:00 | RMCB Collection Agency, 4 Westchester Plaza, #110, Elmsford, NY 10523-1615 |
| 14470772 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Oct 06 2021 23:23:51 | Sprint Bankruptcy Dept, KSOPHT0101-Z4300, 6391 Sprint Parkway, Overland Park KS 66251-4300 |
| 14470771 | | Email/Text: clientservices@sourcerm.com | Oct 06 2021 23:24:00 | Source Receivable Mgmt, P. O. Box 4068, Greensboro, NV 27404-4068 |
| 14497118 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 06 2021 23:34:29 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14470775 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 06 2021 23:24:00 | Verizon Wireless, Bankruptcy Administration, PO Box 3397, Bloomington, IL 61702-3397 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14470749 | ## | Alltran Financial, P.O Box 610, Sauk Rapids, MN 56379-0610 |
| 14470758 | ## | John Melville, 210 W Browning Rd, Collingswood, NJ 08108-2903 |
| 14470764 | ## | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: pdf900 | Total Noticed: 38 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JONATHAN H. STANWOOD | on behalf of Debtor John J Murtaugh jhs@stanwoodlaw.com cpb@stanwoodlaw.com,jhsecf@gmail.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    John J Murtaugh<br><br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 20-11063-AMC |

## ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 6, 2021**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE